IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES HUGHES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NEW YORK STATE DEPARTMENT | : | NO. 16-1333 |
| OF MOTOR VEHICLES | : | |
| | : | |
| THERESA L. EGAN | : | |

FILED
SEP -7 2016
LUCY V. CHIN, Interim Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this 7th day of September, 2016, upon consideration of plaintiff's filing (ECF No. 6), which the Court has construed as an amended complaint, it is ORDERED that:

1. The amended complaint is DISMISSED with prejudice for the reasons discussed in the Court's memorandum.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

JUAN R. SÁNCHEZ, J.